## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**BRIESE LICHTTECHNIK VERTRIEBS GMBH, and Hans–Werner Briese, Plaintiffs–Cross–Appellants,**

v.

**Brent LANGTON, B2PRO, Key Lighting, Inc., Sergio Ortiz, and Edward C. Schewe, Defendants–Appellants.**

**Nos. 2014–1253, 2014–1265.**

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Gary Serbin, Hogan Lovells U.S. LLP, of New York, NY, argued for plaintiffs-cross-appellants. With him on the brief were Eric J. Lobenfeld, Nicole Nussbaum; and Frederick Liu of Washington, DC.

Edward C. Schewe, Schewe & Associates, of Manhattan Beach, CA, argued for defendants-appellants.

PROST, Chief Judge, O'MALLEY and TARANTO, Circuit Judges.

**HEAR–WEAR TECHNOLOGIES, LLC, Appellant,**

v.

**K/S HIMPP, Appellee.**

**No. 2014–1369.**

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

Jonathan S. Franklin, Fulbright & Jaworski, LLP, of Washington, DC, argued for appellant. Of counsel on the brief was Sheila Kadura, of Austin, Texas.

Robert Greene Sterne, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for appellee. With him on the brief were Jon E. Wright and Jason D. Eisenberg.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.